[No. 44382-1-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVON M. DANIELS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02173-4, Beverly G. Grant, J., entered December 19, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Lee, J.

[Nos. 44454-2-II; 44460-7-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. STEVEN LYNN FAGER, *Respondent*.

THE STATE OF WASHINGTON, *Appellant*, v. TIMOTHY JAY FAGER, *Respondent*.

Appeals from judgments of the Superior Court for Jefferson County, No. 09-1-00172-9, Craddock D. Verser, J., entered January 9, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Maxa and Sutton, JJ.

[No. 44710-0-II.   Division Two.   February 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND SAMUEL REYNOLDSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01238-2, Bryan E. Chushcoff, J., entered April 4, 2013. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Bjorgen, A.C.J., and Melnick, J.